JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.

## I. (a) PLAINTIFFS
Golten Service Co., Inc.

**(b)** County of Residence of First Listed Plaintiff   Miami - Dade
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Kurzban Kurzban Weinger and Tetzeli, P.A.
2650 SW 27th Avenue, 2nd Floor
Miami, Florida 33133

## DEFENDANTS
M/V Stella Maris and K/S Bangladesh II

County of Residence of First Listed Defendant   _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

Attorneys (If Known)

Michael Frederick Guilford, Michael F. Guilford, P.A.
44 W. Flagler, Suite 750, Courthouse Tower, Miami, FL 33130

**(d)** Check County Where Action Arose:  ✓ MIAMI-DADE  ☐ MONROE  ☐ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
✓ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☒ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |

## V. ORIGIN (Place an "X" in One Box Only)

✓ 1  Original Proceeding
☐ 2  Removed from State Court
☐ 3  Re-filed- (see VI below)
☐ 4  Reinstated or Reopened
☐ 5  Transferred from another district (specify)
☐ 6  Multidistrict Litigation
☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page):

a) Re-filed Case ☐ YES ☐ NO   b) Related Cases ✓ YES ☐ NO

JUDGE : Paul C. Huck   DOCKET NUMBER 110cv20740PCH

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

46 USC 31342(a)

LENGTH OF TRIAL via __|__ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 11,070.50

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes  ✓ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE
May 6, 2010

FOR OFFICE USE ONLY
AMOUNT _____   RECEIPT # _____   IFP _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Miami Division

**"IN ADMIRALTY"**

ATAIETA IAFETA, Ordinary Seaman,
AGUSTU ELIAS AITHUTA, Able Body Seaman,
SAHID FNU, Able Body Seaman,
KILIPATI ENE, Cook
VICTOR VISHNEVSKIY, Chief Engineer,
YURIY PYROGOV, Chief Officer, and
TADEUSZ DUDEK, Captain

    Plaintiff,

v.                                     Case No.:     1:10-cv-20740-PCH

M/V STELLA MARIS, her boats, engines,
boilers, tackle, equipment, apparel, furnishings,
freights, and appurtenances, etc., *in rem,* and
K/S BANGLADESH, II, *in personam,*

    Defendants.
_____/

GOLTEN SERVICE CO., INC.,

    Intervening Plaintiff,

v.

M/V STELLA MARIS, her boats, engines,
boilers, tackle, equipment, apparel, furnishings,
freights, and appurtenances, etc., *in rem,* and
K/S BANGLADESH, II, *in personam,*

    Defendants.
_____/

**GOLTEN SERVICE CO., INC.'S CLAIM AND VERIFIED INTERVENING
COMPLAINT AGAINST *M/V STELLA MARIS* and K/S BANGLADESH, II**

COMES NOW, GOLTEN SERVICE CO., INC. ("GOLTEN"), by and through its undersigned counsel, files this Intervening Complaint against *M/V STELLA MARIS* (the "VESSEL"), her boats, engines, boilers, tackle, equipment, apparel, furnishings, freights, and appurtenances, etc., *in rem*, and against K/S BANGLADESH, II ("BANGLADESH"), *in personam,* and states as follows:

1. This is a case of admiralty and maritime jurisdiction pursuant to Federal Rules of Civil Procedure 9(h).

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1333 and 46 U.S.C. §31342(a).

3. This Intervening Complaint is being made pursuant to Local Admiralty Rules 5(b).

4. At all times material hereto, GOLTEN was a corporation organized under the laws of the State of Florida with its principal place of business at 2323 N.E. Miami Court, Miami, Florida 33137.

5. The Defendant VESSEL has been seized by the United States Marshall pursuant to Verified Complaint filed by the Plaintiff herein and Order of this Court [D.E. 1 and 7].

6. The VESSEL is within the jurisdiction of this Court in the custody and control of the substitute custodian [D.E. 10].

7. Defendant, BANGLADESH, is a foreign entity believed to be organized and existing under the laws of Bangladesh. BANGLADESH is alleged to have owned the VESSEL at all times herein. BANGLADESH has conducted business with GOLTEN in the state of Florida and in doing so agreed to the jurisdiction of Miami-Dade County, Florida by the terms and conditions in the Invoice and thus has subjected itself to this Court's jurisdiction.

8. GOLTEN was contracted by Defendant, BANGLADESH for services and repairs to be provided to the VESSEL. A true and correct copy of the Invoice dated January 26, 2010 is attached hereto and made a part hereof as Exhibit "A".

9. In providing services and repairs, GOLTEN relied *inter alia*, on the credit of the VESSEL.

10. BANGLADESH accepted the services and repairs provided by GOLTEN in the amount of eleven-thousand seventy dollars and 50/100 ($11,070.50) which remain unpaid.

11. Further, BANGLADESH accepted the terms and conditions contained on the Invoice supplied by GOLTEN which provided GOLTEN would be entitled to recover any and all attorneys' fees and court costs associated with the collection of the debt contained therein.

12. All conditions precedent prior to asserting this Claim have either been complied with or have been waived.

## COUNT I

### FORECLOSURE OF GOLTEN'S CLAIM OF LIEN ON THE VESSEL

13. GOLTEN realleges paragraphs 1 through 12 as if fully set forth herein.

14. The services and repairs provided by GOLTEN to the VESSEL, as set forth in the Invoice, constitute necessaries giving rise to an enforceable maritime lien on the VESSEL in GOLTEN's favor.

15. The failure of BANGLADESH to satisfy the account of GOLTEN for services and repairs provided to the VESSEL constitute breach of the maritime contract between the parties and entitles GOLTEN to foreclose on its maritime lien against the VESSEL.

16. Despite GOLTEN's demands for payment the amount owed remains unpaid.

17. BANGLADESH owes GOLTEN $11,070.50, exclusive of interest, costs, and attorneys' fees.

## COUNT II

### BANGLADESH'S BREACH OF CONTRACT

18. GOLTEN realleges paragraphs 1 through 12 as if fully set forth herein.

19. BANGLADESH and GOLTEN entered into a contract whereby BANGLADESH would provide its services and repairs to BANGLADESH in return for payment. *See Exhibit "A"*.

20. Despite, GOLTEN's repeated demands for payment from BANGLADESH, BANGLADESH has failed to remit full payment in violation of the terms and conditions contained in the Invoice.

21. GOLTEN was required to hire the law firm of Kurzban Kurzban Weinger and Tetzeli, P.A. and has agreed to pay reasonable attorneys' fees and costs for the collection of this debt.

22. BANGLADESH owes GOLTEN, $11,070.50, exclusive of interest, costs, and attorneys' fees.

## COUNT III

### BANGLADESH'S UNJUST ENRICHMENT

23. GOLTEN realleges paragraphs 1 through 12 as if fully set forth herein.

24. GOLTEN provided services and repairs as described in the Invoices with the expectation it be paid in full for the services and repairs provided.

25. BANGLADESH accepted the services and repairs produced by GOLTEN with knowledge that it would be required to pay for the services and repairs rendered by GOLTEN.

26. Despite, GOLTEN's repeated demands for payment from BANGLADESH, BANGLADESH has failed to remit full payment for the services and repairs provided by GOLTEN.

27. As a result, Defendant has gained the benefit of services and repairs provided by GOLTEN.

28. BANGLADESH has been and will continue to be unjustly enriched unless payment for the reasonable value of services and repairs provided by GOLTEN to BANGLADESH and VESSEL is made in the amount of $11,070.50 plus interest.

## PRAYER FOR RELIEF

WHEREFORE, GOLTEN requests this Court:

a. To issue a supplemental process of attachment and garnishment of the *M/V Stella Maris*, her boats, engines, boilers, tackle, equipment, apparel, furnishings, freights, and appurtenances in accordance with the Local Admiralty Rules; citing all persons claiming any interest to appear and answer on oath all and singular the matters stated above;

b. Process in due form of law according to the rules of practice of this Court in causes of admiralty and maritime jurisdiction issue against Defendant BANGLADESH, to be cited to appear and answer on oath all and singular the matters stated above;

c. A judgment for damages for breach of contract in the sum of $11,070.50 against BANGLADESH, *in personam*, plus interest, costs, attorneys' fees, and any and all other relief this Court deems just and proper.

d. A judgment for damages for unjust enrichment in the sum of $11,070.50 against BANGLADESH, *in personam*, plus interest, costs, attorneys' fees, and any and all other relief this Court deems just and proper.

e.  That *M/V Stella Maris*, its engines, boilers, tackle, equipment, apparel, furnishings, freights, and appurtenances, etc. be condemned and sold under the decree of this Court to satisfy said judgment or any portion thereof; and

f.  That Plaintiff, GOLTEN be granted any other relief as the Court deems just and proper.

Respectfully submitted,

**s/Marvin Kurzban**
Marvin Kurzban, Esq.
*Attorney for Intervenor, Golten Service Co., Inc.*
Florida Bar No.: 128057
KURZBAN KURZBAN WEINGER AND TETZELI, P.A.
2650 S.W. 27th Avenue
Second Floor
Miami, Florida 33133
Tel:   (305) 444-0060
Fax:  (305) 444-3503

## CERTIFICATION OF SERVICE

We hereby certify that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF, on this 6th day of May, 2010. I also certify that the foregoing document is being served this day on the following counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF: Ross B. Toyne, Esq., Toyne & Mayo, P.A., 150 SE 2nd Avenue, Suite 1025, Miami, Florida 33133, and Michael Frederick Guilford, Michael F. Guilford, P.A., 44 Flagler, Suite 750, Courthouse Tower, Miami, Florida 33130.

By:   <u>s/Marvin Kurzban</u>
        Marvin Kurzban, Esq.

Case No.: 1:10-cv-20740-PCH
Page 8 of 8

## Verification of Plaintiff's Claim

Under penalties of perjury, and pursuant to Local Admiralty Rule 1(e), I declare that I am the Attorney in fact of the Intervening Plaintiff named herein and I have authorization to declare on their behalf. Based upon my knowledge, belief, my communication with the Intervening Plaintiff, and a review of all the Intervening Plaintiff's records, the facts stated in the foregoing Complaint are true. The undersigned is authorized to make this representation on behalf of the Intervening Plaintiff because they are currently unavailable to execute the verification personally as they are currently not within the District and need to proceed immediately before a sale of the vessel is ordered by the Court.

_____
MARVIN KURZBAN, ESQ.