UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Miami Division

## "IN ADMIRALTY"

ATAIETA IAFETA, Ordinary Seaman,
AGUSTU ELIAS AITHUTA, Able Body Seaman,
SAHID FNU, Able Body Seaman,
KILIPATI ENE, Cook
VICTOR VISHNEVSKIY, Chief Engineer,
YURIY PYROGOV, Chief Officer, and
TADEUSZ DUDEK, Captain

    Plaintiff,

v.                                                                    Case No.:    1:10-cv-20740-PCH

M/V STELLA MARIS, her boats, engines,
boilers, tackle, equipment, apparel, furnishings,
freights, and appurtenances, etc., *in rem,* and
K/S BANGLADESH, II, *in personam,*

    Defendant.
_____/

GOLTEN SERVICE CO., INC.,

    Intervening Plaintiff,

v.

M/V STELLA MARIS, her boats, engines,
boilers, tackle, equipment, apparel, furnishings,
freights, and appurtenances, etc., *in rem,* and
K/S BANGLADESH, II, *in personam,*

    Defendants.
_____/

### SUPPLEMENTAL WARRANT FOR ARREST IN REM

TO THE UNITED STATES MARSHAL FOR THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA:

The Intervening Complaint in the above-styled in rem proceeding was filed in the civil Division of this Court on May 6, 2010.

In accordance with Supplemental Rule C for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Admiralty Rule 3, you are directed to arrest the defendant vessel, *M/V Stella Maris,* her boats, tackle, apparel and furniture, engines and appurtenances, and to detain the same in your custody pending further order of the Court.

You shall also give notice of the arrest to all persons required by the appropriate Supplemental Rule, Local Admiralty Rule, and practices of your office.

ORDERED at _____, Florida, this _____ day of _____, 2010.

CLERK

By:_____
Deputy Clerk


Marvin Kurzban (128057)
Marvin@kkwtlaw.com
KURZBAN KURZBAN WEINGER AND TETZELI, P.A.
2650 S.W. 27th Avenue
Second Floor
Miami, Florida 33133
Tel:   (305) 444-0060
Fax:   (305) 444-3503
Intervening Plaintiff's Attorney, GOLTEN SERVICE CO., INC.

Cc:  Counsel of Record

## SPECIAL NOTICE

In accordance with Local Admiralty Rule 3(f), any person claiming an interest in the vessel and/or property shall be required to file a claim within fourteen (14) days after process has been executed, and shall also be required to file an answer within twenty-one (21) days after the filing of his claim.

Any persons claiming an interest in the vessel and/or property may also pursue the post-arrest remedies set forth in Local Admiralty Rule 3(g).