UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Miami Division

**"IN ADMIRALTY"**

ATAIETA IAFETA, Ordinary Seaman,
AGUSTU ELIAS AITHUTA, Able Body Seaman,
SAHID FNU, Able Body Seaman,
KILIPATI ENE, Cook
VICTOR VISHNEVSKIY, Chief Engineer,
YURIY PYROGOV, Chief Officer, and
TADEUSZ DUDEK, Captain

    Plaintiff,

v.                                      Case No.:    1:10-cv-20740-PCH

M/V STELLA MARIS, her boats, engines,
boilers, tackle, equipment, apparel, furnishings,
freights, and appurtenances, etc., *in rem,* and
K/S BANGLADESH, II, *in personam,*

    Defendant.
_____/

GOLTEN SERVICE CO., INC.,

    Intervening Plaintiff,

v.

M/V STELLA MARIS, her boats, engines,
boilers, tackle, equipment, apparel, furnishings,
freights, and appurtenances, etc., *in rem,* and
K/S BANGLADESH, II, *in personam,*

    Defendants.
_____/

**SUPPLEMENTAL PROCESS OF
MARITIME ATTACHMENT AND GARNISHMENT**

TO THE UNITED STATES MARSHAL FOR THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA:

An Intervening Complaint was filed in the Civil Division of this Court on May, 6, 2010.

In accordance with Supplemental Rule B and the Local Admiralty Rule 2, you are commanded to attach and garnish the *M/V Stella Maris,* her boats, engines, boilers, tackle, equipment, apparel, furnishings, freights, and appurtenances, currently in the custodianship of NATIONAL MARITIME SERVICES, and to serve a copy of the Verified Intervening Complaint filed by GOLTEN SERVICE CO., INC., and this Process on the person in possession of the vessel or property his agent, and promptly to return your writ. You shall give notice of the attachment and garnishment to every person as required by the appropriate Supplemental Rule, Local Admiralty Rule, and practices of your office.

Dated at _____, Florida, this _____ day of _____, 2010.

CLERK

By:_____
Deputy Clerk

Marvin Kurzban (128057)
marvin@kkwtlaw.com
KURZBAN KURZBAN WEINGER AND TETZELI, P.A.
2650 S.W. 27th Avenue
Second Floor
Miami, Florida 33133
Tel:   (305) 444-0060
Fax:   (305) 444-3503
Intervening Plaintiff's Attorney, GOLTEN SERVICE CO., INC.

## **SPECIAL NOTICE**

Any person claiming an interest in property seized pursuant to this process of attachment and garnishment must file a claim in accordance with the post-seizure review provisions of Local Admiralty Rule 2(e).